**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000405
21-JUL-2021
10:46 AM
Dkt. 8 OGMD**

NO. CAAP-21-0000405

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE CUSTODY OF JM, A MINOR

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-M NO. 18-1-0063; FC-P NO. 17-1-0049)

ORDER GRANTING MOTION FOR DISMISSAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Petitioner/Maternal Grandfather/ Appellant RM's July 15, 2021 Motion for Dismissal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawaiʻi, July 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge